**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TRIPLE CANOPY, INC. and ALLIED
WORLD NATIONAL ASSURANCE
COMPANY,

    Petitioners,

v.                                                                                   Case No. 3:16-cv-739-J-32JBT

U.S. DEPARTMENT OF LABOR,
STEVEN RITZHEIMER, and
DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF
LABOR,

    Respondents.

## O R D E R

This case is before the Court on the Petitioners' Petition for Review of the February 23, 2016 Decision and Order of the Benefits Review Board ("BRB"), which affirmed the March 17, 2015 Decision and Order of an Administrative Law Judge, through which Respondent Ritzheimer was awarded disability compensation and medical benefits under the Longshore and Harbor Workers' Compensation Act. (Doc. 2). On December 16, 2016, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending that the BRB's decision be affirmed, and the Clerk of Court be directed to enter judgment accordingly and close the file. On December 30, 2016, Petitioners filed Objections to the United States

Magistrate's Report and Recommendation (Doc. 24), and on January 13, 2017, Respondents filed responses to the Objections (Docs. 25, 26).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 23), it is hereby

**ORDERED:**

1.   The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED** as the opinion of the Court.

2.   Petitioners' Objections to the United States Magistrate's Report and Recommendation (Doc. 24) are **OVERRULED**.

3.   The BRB's decision is **AFFIRMED**.

4.   The Clerk of Court shall enter judgment in favor of Respondents and against Petitioners.

5.   Once judgment has been entered, the Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of January, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record